IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No.: 5:19-cv-00431-D

| | |
|---|---|
| CHASE COLBORN, | ) |
| *Plaintiff*, | ) ) ) ) |
| v. | ) ) ) |
| FOREST GOOD EATS, LLC d/b/a REAL MCCOYS; JOHN BENJAMIN THOMAS; JONATHAN WISENBAKER, | ) ) ) ) |
| *Defendants and Third-Party Plaintiffs*, | ) ) ) |
| v. | ) ) ) |
| CNP ENTERPRISES, LLC, NICOLE HUNTER PRIVETTE, RODNEY MCCOY PRIVETTE, JR., | ) ) ) ) |
| *Third-Party Defendants.* | ) |

## ORDER GRANTING JOINT MOTION REQUESTING A STAY OF LITIGATION UNTIL JANUARY 4, 2021, TO PERMIT THE PARTIES TO PARTICIPATE IN A COURT-HOSTED SETTLEMENT CONFERENCE

This matter having come before this Court on the Parties' Joint Motion Requesting a Stay of Litigation Until January 4, 2021, which includes a stay of any deadlines and/or the beginning of formal discovery; and that within seven (7) days of the date that the stay lifted, the Parties shall either submit a notice informing the Court that the matter has been resolved or, if the matter is not resolved through mediation, that the Parties submit a proposed 26(f) Report and resume litigation.

It appearing to this Court that good cause exists for the granting of said motion; that said motion be allowed; and that the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that this case is STAYED until January 4, 2021.

IT IS SO ORDERED. This the 5 day of November 2020.

_____
UNITED STATES DISTRICT JUDGE

2

Case 5:19-cv-00431-D   Document 70   Filed 11/05/20   Page 2 of 2